Case 2:20-mj-00016-JEO   Document 1   Filed 01/21/20   Page 1 of 3

Case 4:20-cr-00018-O   Document 1   Filed 01/15/20   Page 1 of 3   PageID 1

FILED
2020 Jan-21 AM 08:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. |
| SOLOMON EMAKOJI (01) | |

INDICTMENT  **4-20CR-0018-0**

The Grand Jury charges:   MAG 20   016

## Count One
### Engaging in a Monetary Transaction in Property Derived from Specified Unlawful Activity
(Violation of 18 U.S.C. §§ 1957 and 2)

On or about August 6, 2018, in the Fort Worth Division of the Northern District of Texas and elsewhere, defendant **Solomon Emakoji** and E.A., aided and abetted by each other, did knowingly engage in a monetary transaction by, through, and to a financial institution, affecting interstate and foreign commerce, involving criminally derived property of a value greater than $10,000, that is: **Emakoji** mailed E.A. a cashier's check in the amount of $42,500, which **Emakoji** purchased using funds having been derived from the specified unlawful activity of wire fraud (18 U.S.C. § 1343), which E.A. then deposited in Interbank account, xxxx-3618, in Stephenville, Texas, and then E.A. subsequently wire transferred $42,200 to Nigeria.

All in violation of 18 U.S.C. §§ 1957 and 2.

A TRUE BILL.

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
NANCY E. LARSON
Assistant United States Attorney
DC Bar No. 430780
801 Cherry Street, Suite 1700
Fort Worth, Texas, 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
nancy.larson@usdoj.gov

5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

SOLOMON EMAKOJI   (01)

INDICTMENT

18 U.S.C. § 1957 and 2
Engaging in Monetary Transactions in Property
Derived from Specified Unlawful Activity

A true bill rendered

FORT WORTH                                            FOREPERSON

Filed in open court this 15th day of January, 2020.

**Warrant to be Issued**

UNITED STATES MAGISTRATE JUDGE